**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6686**

———————

WILLIAM FRANKLIN,

                              Petitioner - Appellant,

        versus

BOBBY SHEARIN; KATHLEEN HAWK SAWYER, Director;
CHAIRMAN, UNITED STATES PAROLE COMMISSION,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
02-70-JFM)

———————

Submitted:  July 25, 2002          Decided:  August 7, 2002

———————

Before WIDENER, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

William Franklin, Appellant Pro Se.  Allen F. Loucks, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William Franklin appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and on his motion to alter or amend that judgment. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm both orders on the reasoning of the district court. See Franklin v. Shearin, No. CA-02-70-JFM (D. Md. Mar. 29 & Apr. 16, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED